IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS                                                                                    PLAINTIFF

v.                              Case No.  6:23-cv-06080

MALVERN NURSES; VARNER NURSES;                                          DEFENDANTS
OMEGA CENTER NURSES; and OMEGA
CENTER NURSE

## **OPINION**

Plaintiff, Michael Titus, filed this action pursuant to 42 U.S.C. §1983.  He proceeds *pro se* and has filed an application to proceed *in forma pauperis* (IFP).  (ECF No. 6).

On July 5, 2023, when Plaintiff filed his Complaint, his claim against the Nurses was severed from a Fayetteville Division case and filed in this division.  (ECF Nos. 2 & 3).  Plaintiff was directed to file an Amended Complaint and an IFP by no later than July 26, 2023.  (ECF No. 2).

Plaintiff filed his Amended Complaint and an IFP application on July 31, 2023.  (ECF Nos. 5 & 6).  The IFP application was incomplete.  Plaintiff had failed to completely answer all questions.  For this reason, an Order was entered on August 1, 2023, directing Plaintiff to either file a complete IFP application or pay the filing fee by August 22, 2023.  (ECF No. 7).

On August 14, 2023, mail was returned to the Court as undeliverable marked "attempted—not known" and "unable to forward."  (ECF No. 8).  The address on the docket at the time was Safe House, a half-way house located in Little Rock, Arkansas.  The mail returned was the Court's August 1 Order.  (ECF No. 7).  On September 7, 2023, the Court again received return mail.  (ECF No. 9).  The mail returned was a copy of Plaintiff's Amended Complaint and IFP application.

Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently." To date, Plaintiff has not provided a new address or contacted the Court in any way. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED**, this 25th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge